| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN 294141<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>SANTOS YBARRA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-0250-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE; EXHIBITS A-C; ORDER |
| SANTOS YBARRA, | ) | |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |

Defendant, Santos Ybarra, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Jeffrey Spivak, hereby submit this stipulation to modify the conditions of Mr. Ybarra's pretrial release pursuant to this Court's authority under 18 U.S.C. § 3142(c)(3). Attached to this stipulation is Exhibit A: Conditions of Release, which the parties stipulate to replace the existing conditions of release. This stipulation is made after consultation with the Pretrial Services Office, which supports this modification.

Mr. Ybarra was previously released to interview with the Delancey Street Foundation's residential treatment program in San Francisco. If accepted into the program, his release conditions were fashioned in such a way as to permit him to reside at the program for 24 months. Unfortunately, the Delancey Street program was unable to accept Mr. Ybarra due to their limited space availability. *See* Exhibit B: Letter from Delancey Street. Mr. Ybarra immediately

requested, and was granted, a telephonic interview with the Teen Challenge Monterey Bay Induction Program, and was accepted into the program. *See* Exhibit C: Letter of Acceptance from Teen Challenge.

The Teen Challenge program is a minimum 13-month program with an optional extension to 24 months. Similar to Delancey Street, Teen Challenge is a recovery program that offers a twelve-step model, counselling, vocational support and community service. The Teen Challenge Program is located at 111 Railroad Ave, Royal Oaks, CA 95076, which is in the Northern District of California. Mr. Ybarra has met the pre-requisites of the program and has been offered a bed space on Friday, February 23, 2018.

It is therefore respectfully requested by the parties that Mr. Ybarra's terms and conditions of pretrial release be modified to permit him to participate in the Teen Challenge Monterey Bay Induction Program in lieu of the Delancey Street Program, and to be transported to the program by Kevin Mitchel on Friday, February 23, 2018, pursuant to 18 U.S.C. § 3142(c)(3).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 21, 2018        */s/ Megan T. Hopkins*
                               MEGAN T. HOPKINS
                               Assistant Federal Defender
                               Attorneys for Defendant
                               SANTOS YBARRA


                               McGREGOR W. SCOTT
                               United States Attorney

Date: February 21, 2018        */s/ Jeffrey Spivak*
                               JEFFREY SPIVAK
                               Assistant United States Attorney
                               Counsel for the United States

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | Pursuant to the stipulation to modify the Defendant's conditions of pretrial release and 18 |
| 3 | U.S.C. § 3142(c)(3), the Court hereby modifies the Defendant's conditions of pretrial release as |
| 4 | follows: The Court adopts the conditions set forth in Exhibit A, and orders that the Defendant be |
| 5 | transported directly from the WestCare facility to the Teen Challenge Program in Monterey Bay |
| 6 | at 8:00 a.m. on Friday, February 23, 2018, where Defendant shall remain until completion of the |
| 7 | program. |

IT IS SO ORDERED.

Dated: **February 21, 2018**        /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

# CONDITIONS

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You are released to the third-party custody of Teen Challenge Monterey Bay Induction Program;

3. You shall report in person to the Pretrial Services Agency on the first working day following your completion of the program;

4. Upon successful completion of the program, you are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. You shall cooperate in the collection of a DNA sample;

6. Your travel is restricted to Eastern and Northern Districts of California unless otherwise approved in advance by the pretrial services officer;

7. You shall not obtain a passport or other travel documents during the pendency of this case;

8. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

9. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall report any prescriptions provided by a licensed medical practitioner to the pretrial services officer within 48 hours of receipt;

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You shall participate in the substance abuse treatment program at Teen Challenge Monterey Bay Induction Program, and comply with all the rules and regulations of the

**EXHIBIT A**

program. You shall remain at the Teen Challenge facility until released by the pretrial services officer;

    a.     Kevin Mitchell, Social Worker and ReEntry Specialist for the Federal Defender's Office, shall escort you to the program on Friday, February 23, 2018 at 8:00 a.m.

14. Upon completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

**EXHIBIT A**

Tuesday, February 13, 2018



**DELANCEY STREET**
foundation

600 EMBARCADERO
SAN FRANCISCO, CA 94107

**Mr. Santos A. Ybarra**  **Transport**
Fresno County Jail
P.O. Box 872
Fresno, CA 93712

Dr. Mimi Halper Silbert
President & CEO

Dear Mr. Santos A. Ybarra:

I am writing in regards to the interview we conducted with you on Tuesday, February 13, 2018. Unfortunately, we are not able to accept you. There are so many people trying to enter Delancey Street, we usually have ten interviews for every open bed, with no objective way to select the few people we accept. We do our best in a difficult situation. We've all been where you are and know how frustrating it is. If we had the room, and felt we could help them, we would accept everyone who is sincerely asking for help and able to participate.

I have enclosed a referral sheet so that you may continue your search to find help for yourself. We wish the situation were different.

Sincerely,

**Kevin Klein**
*Intake Coordinator*
(415) 957-9800 x 104 (no collect calls, please)

Enclosure

**EXHIBIT B**

# TEEN CHALLENGE MONTEREY BAY

## A NEW WAY OF LIFE FOR MEN, WOMEN AND CHILDREN

February 14, 2018

Federal Defender's Office
Attn: Kevin Mitchel
Fax: (559)487-5950
Phone: (559)691-3407

Re: Santos Ybarra

To Whom It May Concern,

This letter is to confirm Mr. Santos Ybarra has been accepted as a student at Teen Challenge Monterey Bay Induction Program. He will need to be court mandated to complete the program if he is going back to court, he must bring a copy of this order with him. He will need blood work (HIV, Hep A, B & C, General STD, TB), ID and SS-card prior to entering the program. We also require contact information for probation / parole. **Students are NOT allowed to take psych meds while in the program. If the student is taking psych meds he must get a doctors note stating he is to be weaned off of them. Also, we do not facilitate any person convicted of a sex crime against children and anyone charged or convicted for any other sex crime must have the approval of our Executive Director.** *You must contact TCMB crisis counselor by phone* **before** *you arrive* in order to secure a bed. During induction there will be a minimum of 30-45 days in crisis before proceeding to the next phase. During this time he will be on total BLACK-OUT: i.e. no phone calls, mail, visitation or weekend pass. Any questions about what is listed above please contact me.

Teen Challenge Monterey Bay is a recovery focused Christian discipleship program committed to helping men and women with life controlling issues. We are a <u>minimum</u> 13 month residential program. Students in the program will attend life skills classes, work the twelve steps with a counselor, participate in work therapy and serve in the community. We desire to give every student an opportunity at a new life in Jesus Christ.

Please let us know if you need any additional information regarding Mr. Santos Ybarra by contacting Fredrick Burnes at 831-724-9576.

Sincerely,

*Fredrick Burnes*

Fredrick Burnes
Induction Supervisor

P.O. BOX 1807 * 111 RAILROAD AVENUE * WATSONVILLE, CALIFORNIA 95077
PHONE: 831-722-2074 * FAX: 831-722-9410 * WWW.PAJAROMENSCENTER.ORG

**EXHIBIT C**