HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SANTOS YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0250-LJO-SKO |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT RE: TEEN CHALLENGE PROGRAM; EXHIBIT A; REQUEST TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| SANTOS YBARRA, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

Defendant, Santos Ybarra, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Jeffrey Spivak, hereby submit the following status report regarding Mr. Ybarra's progress at the Teen Challenge program in Monterey Bay, CA.

Mr. Ybarra entered the Teen Challenge program on March 8, 2018 in Monterey Bay, CA. He was advanced to the long-term portion of the program on March 28, 2018, where he remains an active participant in good standing.[1] Federal Defender Social Worker Kevin Mitchel has inquired of Teen Challenge staff as to when Mr. Ybarra is expected to complete the program, and has been advised that Mr. Ybarra is expected to graduate in 7-8 months, in October or November of 2019.

In light of Ms. Ybarra's progress in the program and ongoing participation, the parties

---
[1] *See* Exhibit A: Letter from Teen Challenge dates March 5, 2019.

request that the status conference in this matter be continued to September 16, 2019 at 8:30 a.m. for a further status report regarding Ms. Ybarra's progress in the program. The parties anticipate having confirmation of a graduation date for Mr. Ybarra at that time, and will be prepared to schedule a date for sentencing in this case.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 7, 2019                    */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        SANTOS YBARRA


                                        McGREGOR W. SCOTT
                                        United States Attorney

Date: March 7, 2019                    */s/ Jeffrey Spivak*
                                        JEFFREY SPIVAK
                                        Assistant United States Attorney
                                        Counsel for the United States


# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for March 18, 2019 at 8:15 a.m. is hereby continued to September 16, 2019 at 8:30 a.m. Defendant need not appear at that hearing if he is still residing at the program and participating as directed.

IT IS SO ORDERED.

Dated:  **March 8, 2019**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES CHIEF DISTRICT JUDGE