| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | SANTOS YBARRA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0250-LJO-SKO |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT RE: TEEN CHALLENGE PROGRAM; REQUEST TO SET SENTENCING HEARING; ORDER** |
| vs. | |
| SANTOS YBARRA, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

Defendant, Santos Ybarra, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Jeffrey Spivak, hereby submit the following status report regarding Mr. Ybarra's progress at the Teen Challenge program in Monterey Bay, CA.

Mr. Ybarra entered the Teen Challenge program on March 8, 2018 in Monterey Bay, CA. He was advanced to the long-term portion of the program on March 28, 2018, where he remains an active participant in good standing. Federal Defender Social Worker Kevin Mitchel inquired of Teen Challenge assistant director Cameron McGee as to Mr. Ybarra's progress in the program, and has been advised that Mr. Ybarra is doing "great" and is making significant strides in getting out of old behaviors and embracing a new lifestyle. Mr. Ybarra is expected to complete the program in January 2020.

In light of Ms. Ybarra's progress in the program and ongoing participation, the parties

request that the status conference in this matter be vacated, and that the matter be scheduled for a sentencing hearing on January 21, 2020 at 8:30 a.m. Mr. Ybarra is expected to graduate from the program prior to that date and will be personally present at that hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 30, 2019 */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
SANTOS YBARRA

McGREGOR W. SCOTT
United States Attorney

Date: July 30, 2019 */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Counsel for the United States

## **O R D E R**

The status conference currently scheduled for September 16, 2019 at 8:30 a.m. is hereby vacated, and a sentencing hearing shall be set for January 21, 2020 at 8:30 a.m. Defendant shall appear for sentencing at that date and time.

IT IS SO ORDERED.

Dated: **July 31, 2019** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE