HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
SANTOS YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00250 LJO |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE OF SANTOS YBARRA** |
| vs. | |
| SANTOS YBARRA, | |
| Defendant. | |

[PROPOSED] ORDER OF RELEASE

Defendant SANTOS YBARRA is to be **released from Fresno County Jail at 8:00 a.m. on Tuesday, November 19, 2019**. Mr. Ybarra is ordered to report for intake at the Christian Sober Living Home, located at 2586 Barstow Ave, Clovis, CA, 93611, where he shall reside and participate in outpatient drug treatment until otherwise approved or directed by his pretrial services officer. The Federal Defenders Office shall transport Mr. Ybarra to the Christian Sober Living Home and notify the pretrial services officer upon Mr. Ybarra's successful admission into the home.

IT IS SO ORDERED.

Dated: __November 18, 2019__      _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE