HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGAN T. HOPKINS, SBN 294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
SANTOS YBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0250-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO AMEND PRESENTENCE SCHEDULE; ORDER THEREON** |
| vs. | |
| SANTOS YBARRA, | Judge: Honorable Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the presentence schedule be amended to provide the assigned probation officer additional time to prepare the draft presentence report (PSR) without requiring a continuance of the sentencing hearing date. The parties have conferred with probation to determine a schedule that will allow sufficient time for the interview and drafting of the report, which is set forth below.

The parties stipulate to the following amended presentence schedule:

1. Draft Report Available to Defense Counsel and AUSA: December 20, 2019
2. Informal Objections Due to Probation and Opposing Counsel: December 27, 2019
3. Final Report Filed with Court and Disclosed to Counsel: January 3, 2020
4. Formal Objections Filed with Court and Served on All Parties: January 9, 2020
5. Relies/Statements of Non-Opposition: January 14, 2020
6. Judgment and Sentencing Date: January 21, 2020

|   |                              |                                      |
|---|------------------------------|--------------------------------------|
| 1 |                              | Respectfully submitted,              |
| 2 |                              | HEATHER E. WILLIAMS                  |
| 3 |                              | Federal Defender                     |
| 4 | DATED: December 4, 2019      | */s/ Megan T. Hopkins*               |
| 5 |                              | MEGAN T. HOPKINS                     |
|   |                              | Assistant Federal Defender           |
| 6 |                              | Attorney for Defendant               |
|   |                              | SANTOS YBARRA                        |
| 7 |                              |                                      |
| 8 |                              | MCGREGOR SCOTT                       |
|   |                              | United States Attorney               |
| 9 | DATED: December 4, 2019      | */s/ Jeffrey Spivak*                 |
| 10|                              | JEFFREY SPIVAK                       |
|   |                              | Assistant U.S. Attorney              |
| 11|                              | Attorney for Plaintiff               |

## O R D E R

GOOD CAUSE APPEARING, the presentence schedule shall be amended as set forth above.

IT IS SO ORDERED.

Dated: **December 4, 2019**          /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE