| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA SBN 294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | SANTOS YBARRA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0250-LJO-SKO |
|---|---|
| Plaintiff, | **STATUS REPORT RE: SOBER LIVING HOME; REQUEST TO VACATE STATUS CONFERENCE; ORDER** |
| vs. | |
| SANTOS YBARRA, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

Defendant, Santos Ybarra, by and through his counsel, Assistant Federal Defender Megan T. Hopkins, hereby submits the following status report regarding Mr. Ybarra's progress at the Christian Sober Living Home in Clovis, CA.

Mr. Ybarra entered the Christian Sober Living home on November 19, 2019 in Clovis, CA. Since that time, Mr. Ybarra has been in compliance with all "house rules" including regular attendance at group outpatient drug treatment meetings, AA/NA attendance, church/prayer group attendance. Mr. Ybarra has already obtained full-time employment at Jack's Tire and Oil in Fresno, CA and has been receiving overtime hours in addition to his regular 40-hour workweek. Mr. Ybarra is hoping to meet with a representative from Project Rebound in the coming weeks to discuss his enrollment in college coursework.

In light of Ms. Ybarra's progress, it is the request of this counsel that the status conference in this matter be vacated, and that the matter proceed to sentencing as scheduled on

January 21, 2020 at 8:30 a.m. The government is in agreement and joins in this request.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 6, 2019         */s/ Megan T. Hopkins*
                               MEGAN T. HOPKINS
                               Assistant Federal Defender
                               Attorneys for Defendant
                               SANTOS YBARRA

## **O R D E R**

The status conference currently scheduled for December 16, 2019 at 8:30 a.m. is hereby vacated. Defendant is ordered to appear for sentencing on January 21, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **December 6, 2019**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE